# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

November 5, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023
```

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

<u>Re: Harris v. F. Schumacher & Co., LLC</u>
Case #: 23-CV-05676 (MKV)(SDA)
**Motion for Extension of Time**

Dear Judge Vyskocil:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the November 14, 2023 deadline for Plaintiff to file her response to Defendant's Motion to Dismiss - if the Court chooses to refer the case to mediation, a date two weeks after the completion of mediation is requested as the new deadline for Plaintiff to file her response to Defendant's motion. This request is being made because of the workload and scheduling demands of Plaintiff's counsel, including many all-day mediations. I reached out to defense counsel for his position on this request, but his auto reply said he was out of the office with limited access to email. No prior request for an extension of this deadline was made. A corresponding 30-day extension of the November 21, 2023, deadline for Defendant's reply, if any, is also requested. No appearances or deadlines will be affected by this request.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
_____
By: Abdul K. Hassan, Esq.

**cc:** Defense Counsel via ECF

> **Plaintiff is GRANTED a 30-day extension of the November 14, 2023 deadline. Plaintiff's opposition brief must be filed on or before December 14, 2023. Any reply brief must be filed on or before December 21, 2023. SO ORDERED.**
>
> Date: 11/6/2023
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

1