# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Matthew Cohen, Esq.
MCohen@kaufmandolowich.com

Erika Rosenblum, Esq.
ERosenblum@kaufmandolowich.com

December 20, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/20/2023
```

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, New Yok 10007

      Re:    **Mary Harris v. F. Schumacher & Co., LLC**
               **Index No.: 23-cv-05676 (MKV)**

Dear Judge Vyskocil:

      We represent Defendant F. Schumacher & Co., LLC ("Defendant") in the above-referenced matter. In accordance with the Court's Individual Practices, we write to respectfully request an extension of time for Defendant to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss.

      By way of background, Defendant filed a Motion to Dismiss on October 31, 2023. Plaintiff's Opposition was due on November 14, 2023, but Plaintiff requested an extension of time, until December 14, 2023 to file same. The Court granted Plaintiff's request. Plaintiff's Opposition was filed on December 14, 2023, and Defendant's Reply Brief is currently due tomorrow, December 21, 2023. In light of the upcoming holidays, we write, with Plaintiff's consent, to respectfully request an extension of time, until January 16, 2024, to file Defendant's Reply Brief.

      This is Defendant's first request for extension of time to submit the Reply Brief. We thank the Court for its attention to this matter and all courtesies extended.

                                       Respectfully submitted,
                                       Kaufman Dolowich, LLP

                                       Matthew Cohen
                                       Erika Rosenblum

**Granted. SO ORDERED.**

Date: Dec. 20, 2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge