

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Matthew Cohen, Esq.
MCohen@kaufmandolowich.com

Erika Rosenblum, Esq.
ERosenblum@kaufmandolowich.com

January 16, 2024

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, New Yok 10007

      Re:    **Mary Harris v. F. Schumacher & Co., LLC**
             **Index No.: 23-cv-05676 (MKV)**

Dear Judge Vyskocil:

      We represent Defendant F. Schumacher & Co., LLC ("Defendant") in the above-referenced matter. In accordance with the Court's Individual Practices, we write to respectfully request an extension of time for Defendant to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss.

      Defendant's Reply Brief is currently due today, January 16, 2024. We write, with Plaintiff's consent, to respectfully request a short extension of time, until January 23, 2024, to file Defendant's Reply Brief. The additional time is necessary to provide Defendant with time to review the draft Reply Brief for submission. The undersigned is currently nine (9) months pregnant and has had more doctor's appointments in the past week than initially anticipated. Unfortunately, this delayed counsel from being able to provide the Reply Brief to Defendant for their review and approval in advance of today's deadline.

      This is Defendant's second request for extension of time to submit the Reply Brief. We do not anticipate a need for any further extensions. We thank the Court for its attention to this matter and all courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

*/s/ Erika Rosenblum*

Erika Rosenblum

---

This request for an extension is GRANTED, even though the defense violated the Court's Individual Rules of Practice, which provide that all requests for extensions must be made 48 hours before the deadline. No further extensions of the deadline to reply will be granted. Future failures to comply with the Court's orders and Individual Rules may result in sanctions.

Date: Jan. 18, 2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge